**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

                Plaintiff-Respondent,

   -against-

EMIL SCHERINGER,

                Defendant-Petitioner.

------------------------------------ x

ORDER

05 Cr. 782 (GBD)

GEORGE B. DANIELS, United States District Judge:

On August 31, 2022, this Court received, by mail, Petitioner's *pro se* motion for reduction of sentence pursuant to 18 U.S.C. § 3582 (c)(1)(A). Petitioner's letter request for assignment of counsel is DENIED.

The Government is ordered to respond to Petitioner's *pro se* motion for reduction of sentence by October 28, 2022.

Dated: New York, New York
       September 14, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge