**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x
UNITED STATES OF AMERICA,
        -against-

EMIL SCHERINGER,

        Defendant.

------------------------------------------ x

ORDER

5 Crim. 782 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant moves for compassionate release from BOP custody pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (ECF No. 140.) Based upon information provided from the BOP, the Government does not oppose Defendant's motion so long as the Defendant is to be directly admitted to a hospice facility in South Florida. (ECF No. 146.)

Defendant's motion for compassionate release is GRANTED. If the Defendant is not admitted to hospice upon his release from BOP custody, the Government must be notified immediately in order to assess its agreement with any alternate discharge plan.

The Defendant must comply with the terms of his three-year supervised release term as imposed at the time of sentence to the extent that he is physically and mentally capable of compliance.

The Clerk of Court is directed to close the open motions at ECF Nos. 140, 143.

Dated: New York, New York
       May 18, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge